United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

RENE G.-AMADOR,

               Plaintiff,

    v.

TT INVESTMENT PROPERTIES, LLC,

               Defendant.

Case No.: 13-cv-01939 PSG

**ORDER TO SHOW CAUSE**

Plaintiff Rene G.-Amador ("Plaintiff") failed to appear at the case management conference.[1] Plaintiff is ordered to show cause within seven days why this action should not be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: September 30, 2013

_____
PAUL S. GREWAL
United States Magistrate Judge

_____
[1] *See* Docket No. 8.

1

Case No.: 13-cv-01939 PSG
ORDER