UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RENE G.-AMADOR,<br><br>               Plaintiff,<br>    v.<br><br>TT INVESTMENT PROPERTIES, LLC,<br><br>               Defendant. | Case No.: 13-cv-01939 PSG<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff Rene G.-Amador ("Plaintiff") failed to appear at the case management conference.[1] Plaintiff is ordered to show cause within seven days why this action should not be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: September 30, 2013

                                                                 _____<br>
                                                                 PAUL S. GREWAL<br>
                                                                 United States Magistrate Judge

United States District Court
For the Northern District of California

---

[1] *See* Docket No. 8.

Case No.: 13-cv-01939 PSG
ORDER

1