UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RENE G. AMADOR,<br><br>            Plaintiff,<br>    v.<br><br>TT INVESTMENT PROPERTIES, LLC,<br><br>            Defendant. | Case No.: 5:13-cv-01939-PSG<br><br>**ORDER THAT CASE BE REASSIGNED WITH RECOMMENDATION THAT THE CASE BE DISMISSED** |

On August 6, 2013, Plaintiff Rene G. Amador ("Plaintiff") failed to appear at a case management conference hearing.[1] In advance of the conference, Plaintiff did not file a case management statement. In light of these facts, the court ordered Plaintiff to show cause by no later than October 7, 2013, as to why the case should not be dismissed for failure to prosecute.[2] Plaintiff did not respond.

---

[1] *See* Docket No. 8.

[2] *See* Docket No. 9.

1

Case No.: 5:13-cv-01939-PSG
ORDER THAT CASE BE REASSIGNED WITH RECOMMENDATION THAT THE CASE BE DISMISSED

Accordingly, the court hereby ORDERS that this case be reassigned to a district judge with the recommendation that Plaintiff's complaint be dismissed for failure to prosecute.[3]

**IT IS SO ORDERED.**

Dated: October 16, 2013

                                          _____
                                          PAUL S. GREWAL
                                          United States Magistrate Judge

---

[3] This court is ordering reassignment to a district judge because, absent consent of all parties, a magistrate judge does not have the authority to make case-dispositive rulings. *See, e.g., Tripati v. Rison*, 847 F.2d 548, 548-49 (9th Cir. 1988).